United States District Court
Southern District of Texas
**ENTERED**
November 05, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| VANESSA WHARTON, *et al.*, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> U.S. DEPARTMENT OF HOUSING AND § <br> URBAN DEVELOPMENT (HUD), *et al.*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 2:19-CV-300 |

## FINAL JUDGMENT

Pursuant to the Court's order granting the motion to dismiss filed by Defendants United States Department of Housing and Urban Development and then-Secretary Ben Carson in his official capacity[1] (collectively, the "Federal Defendants" or the "HUD Defendants") (D.E. 128), the Court enters final judgment dismissing with prejudice all claims against the HUD Defendants in this cause. FED. R. CIV. P. 58. Because all plaintiffs have filed notices of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) regarding the remaining state defendants, *see* (D.E. 131, D.E. 132, D.E. 133), the Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
       November 4, 2021

---

[1] Marcia Fudge is the current United States Secretary of Housing and Urban Development.

1 / 1